IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, | § |
| Plaintiff, | § |
| VS. | § NO. 4:17-CV-329-A |
| WESTERN DAIRY TRANSPORT, L.L.C., ET AL., | § |
| Defendants. | § |

### FINAL JUDGMENT

In accordance with the order of dismissal with prejudice signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Great West Casualty Company, against defendants, Western Dairy Transport, L.L.C., Southwest Leasing, L.L.C., WD Logistics, L.L.C., and B & C Holding Company, L.L.C., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED July 13, 2017.

JOHN McBRYDE
United States District Judge